IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN WAYNE SHORT,

    Petitioner,

v.     Case No.  3:25-cv-261-LC/MJF

JUDGE KELVIN C WELLS, *et al.*,

    Respondent.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 6, 2025 (ECF No. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Petitioner Steven Wayne Short's petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED without prejudice**.

3.    The clerk of the court shall close the case file.

**DONE AND ORDERED** this 10th day of July, 2025.

        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**